UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Karen S. Petero,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

                                     /

Case No. 16-11389

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S AUGUST 14, 2017 REPORT AND RECOMMENDATION [17], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [14] AND AFFIRMING THE COMMISSIONER'S DECISION**

This matter came before the Court on the magistrate judge's August 14, 2017 report and recommendation. (Docket no. 17.) The magistrate judge recommended that the Court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the magistrate judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the magistrate judge's report and recommendation (dkt. 17), and therefore GRANTS Defendant's motion for summary judgment (dkt. 15), DENIES Plaintiff's motion for summary judgment (dkt. 14), and

AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

So ordered.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: September 6, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 6, 2017, by electronic and/or ordinary mail.

                                        s/Carol J. Bethel
                                        Case Manager